[No. 11788-0-III.   Division Three.   April 6, 1993.]

WILLIAM A. SPURRIER, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-2-00196-3, Michael E. Cooper, J., entered July 8, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11621-2-III.   Division Three.   April 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM L. HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 90-1-00212-1, Jerry M. Moberg, J., entered January 11, 1991. *Affirmed* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Sweeney, J., and Ripple, J. Pro Tem.

[No. 14246-5-II.   Division Two.   April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY DEAN OSTERTAG, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00611-5, J. Dean Morgan, J., entered August 17, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J.